# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| CINDY LYNN CRON, | Case No.: 1:13-cv-01327-SKO |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated: __March 18, 2014__                    /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE

-1-